JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890

ATTORNEYS FOR DEFENDANT
PREMIER MANUFACTURING SUPPORT SERVICES, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT KEITH, | : |
| Plaintiff, | : CIVIL ACTION NO.: 07 cv 4009 (PGS) (ES) |
| v. | : |
| PREMIER MANUFACTURING SUPPORT SERVICES, INC., a corporation and FORD MOTOR COMPANY, a corporation, | : STIPULATION OF DISMISSAL |
| Defendants. | : |

It is hereby stipulated and agreed by and between Plaintiff, Scott Keith, and Defendants, Premier Manufacturing Support Services, Inc. and Defendant Ford Motor Company, through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendants is dismissed in its entirety with prejudice and without costs or attorneys' fees.

KRUMHOLZ DILLON, P.A.
574 Summit Avenue
Jersey City, NJ 07306

By: _/s/ Paule M. P_____
ATTORNEYS FOR PLAINTIFF

Dated: August __1__, 2008

SUTHERLAND ASBILL & BRENNAN, LLP
999 Peachtree St., NE
Atlanta, Georgia 30309-3996

By: _/s/ Algail O. Poltt___
ATTORNEY FOR FORD MOTOR COMPANY

Dated: August _13_, 2008

JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890

By: *[signature]*
ATTORNEYS FOR DEFENDANT
PREMIER MANUFACTURING SUPPORT
SERVICES, INC.

Dated: August 18, 2008

SO ORDERED: *[signature]*
DATED: 8/25/08

114705 pleading022-sod.doc

2